```
                          United States Bankruptcy Court
                          Eastern District of New York
```

In re:                                                          Case No. 17-71003-ast
Sarbjit Kaur                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8          User: dcorsini          Page 1 of 1          Date Rcvd: Feb 24, 2017
                      Form ID: 170          Total Noticed: 6

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db             +Sarbjit Kaur,    402 Brown Place,    New Hyde Park, NY 11040-2904
8964692        +BANK OF AMERICA,    BOX 15019,    WILMINGTON, DE 19886-5019
8964693        +CITICARDS,    BOX 9001037,    LOUISVILLE, KY 40290-1037
8964695        +NASSAU COUNTY TREASURER,    240 OLD COUNTRY ROAD,    MINEOLA, NY 11501-4248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Feb 24 2017 18:19:03     United States Trustee,
                 Office of the United States Trustee,    Long Island Federal Courthouse,
                 560 Federal Plaza - Room 560,    Central Islip, NY 11722-4456
8964694        +E-mail/Text: tjaskot@firstjerseycu.com Feb 24 2017 18:19:52     FIRST JERSEY CREDIT UNION,
                 ONE CORPORATE DRIVE,    WAYNE, NJ 07470-3106
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              Richard S Feinsilver    on behalf of Debtor Sarbjit  Kaur feinlawny@yahoo.com,
               rsfparalegal@gmail.com;feinlawny@aol.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                              TOTAL: 2
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Sarbjit Kaur** | Social Security number or ITIN **xxx–xx–8345** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of New York 290 Federal Plaza Central Islip, NY 11722 | Date case filed for Chapter **13: 2/22/17** |
| Case number:    **8–17–71003–ast** | |

# NOTICE OF HEARING ON CONFIRMATION

**NOTICE IS HEREBY GIVEN THAT:**

A hearing on confirmation of the proposed Chapter 13 Plan filed by the above−captioned debtor(s) will be held before the Honorable Alan S. Trust , United States Bankruptcy Judge, on **May 4, 2017 at 09:30 AM** at the following location:

**United States Bankruptcy Court, Rm 963, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, NY 11722**

Enclosed is a copy of the debtor(s) proposed Chapter 13 Plan for your review. Objections, if any, to the confirmation of the plan must be in writing and filed with the Clerk on or before the date of the hearing. If no objections are timely filed, the plan may be deemed to have been filed in good faith.

Dated: February 24, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLcnfhrg.jsp** [Notice of Hearing on Confirmation rev. 02/01/17]